**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| DAVID R. COLEMAN, et al., | : | |
| Plaintiffs, | : | Civ. No. 15-1942 (RBK) (AMD) |
| v. | : | |
| UNITED STATES OF AMERICA, et al., | : | **MEMORANDUM AND ORDER** |
| Defendants. | : | |

Plaintiffs are proceeding through counsel with a civil rights complaint. Previously, the original complaint was dismissed, but plaintiffs were given leave to file an amended complaint. Subsequently, plaintiffs were given leave to file an amended complaint. Plaintiffs have now filed a second amended complaint. (Dkt. No. 21) Accordingly, the Clerk will be ordered to reopen this case and issue summonses for the named defendants in the second amended complaint so that it can be served on them by plaintiff.

Therefore, IT IS this   11th   day of July, 2016,

ORDERED that the Clerk shall reopen this case; and it is further

ORDERED that the Clerk shall issue summonses to the named defendants in the second amended complaint (Dkt. No. 21) so that plaintiffs may serve the second amended complaint on them.

                                                s/Robert B. Kugler
                                                ROBERT B. KUGLER
                                                United States District Judge